IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

MARIE BARSCH,

    Plaintiff,

v.

SPEEDY HYDRATION & WELLNESS, LLC, et al.,

    Defendants.

CV 124-226

ORDER

Before the Court is Plaintiff's notice of voluntary dismissal with prejudice. (Doc. 10.) Defendants have not filed an answer or motion for summary judgment. Thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of January, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA